# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
JOINT SECURITY OFFICERS TRAINING FUND,
                                      Plaintiff,
              -vs-
MERCHANDISE MART PROPERTIES, INC., a Corp.,
                                      Defendant.

Case Number:
FILED: MARCH 31, 2008
08 CV 1825                    JH
JUDGE BUCKLO
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JOINT SECURITY OFFICERS TRAINING FUND**

| | |
|---|---|
| NAME (Type or print) | |
| ROBERT B. GREENBERG | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Robert B. Greenberg | |
| FIRM | |
| ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. | |
| STREET ADDRESS | |
| 200 West Jackson Boulevard, Suite 1900 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 01047558 | 312-263-1500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐