AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

JOINT SECURITY OFFICERS TRAINING FUND

    Plaintiff,

v.

MERCHANDISE MART PROPERTIES, INC., a Corporation,

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 CV 1825

ASSIGNED JUDGE: JUDGE BUCKLO

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

MERCHANDISE MART PROPERTIES, INC., a Corporation
c/o: C T CORPORATION SYSTEM, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Jacqueline Hallinan*
(By) DEPUTY CLERK

March 31, 2008
Date

# RETURN OF SERVICE

Service of the Summons and complaint was made by me (1)    DATE 4-4-2008

NAME OF SERVER (PRINT) Bernard Leflore    TITLE Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Registered Agent CT Corp - by delivering Summons to Dawn Schultz, Senior Process Specialist

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-4-2008
           Date

Signature of Server: Bernard Leflore

Address of Server: 200 W. Jackson Suite 1900

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.