UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Joint Security Officers Training Fund
                              Plaintiff,
v.                                              Case No.: 1:08−cv−01825
                                                Honorable Elaine E. Bucklo
Merchandise Mart Properties, Inc.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2008:

MINUTE entry before Judge Honorable Elaine E. Bucklo: Pursuant to agreement of the parties' this case is dismissed with prejudice and without costs, all costs having been paid.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.